## EX PARTE KIRK.
(Decided July 2, 1914.)

CERTIORARI to Court of Appeals.

WERT & LYNNE, for appellant.    R. C. BRICKELL, Attorney General for the State.

Per curiam.    Petition to review decision and judgment of the Court of Appeals in the case of *Kirk v. State,* 10 Ala. App. 216, 65 South. 195.    Petition denied.

---

## EX PARTE LEWIS.
(Decided May 14, 1914.)

CERTIORARI to Court of Appeals.

O. S. LEWIS, for appellant.    R. C. BRICKELL, Attorney General for the State.

DE GRAFFENRIED, J.—Petition to review judgment and decision of the Court of Appeals in *Lewis v. State,* 10 Ala. App. 31, 64 South. 537.    Petition denied.

---

## EX PARTE McNEIL.
(Decided May 14, 1914.)

CERTIORARI to Court of Appeals.

LESLIE B. SHELDON and RICH & HAMILTON, for appellant.    PILLIANS, HANAW & PILLANS, for appellee.

SAYRE, J.—Certiorari to the Court of Appeals to review the judgment and decision in the case of *McNeil v. Munson Steamship Line,* 10 Ala. App. 523, 65 South. 540.    Writ denied.

---

## EX PARTE MINTO.
(Decided May 19, 1914.)

CERTIORARI to Court of Appeals.

HILL, HILL, WHITING & STERN, for appellant.    R. C. BRICKELL, Attorney General, for the State.

SOMERVILLE, J.—Certiorari to review the judgment and decision of the Court of Appeals in *Minto v. State,* 9 Ala. App. 95, 64 South. 369.    Writ denied on the authority of *Adams v. State,* 187 Ala. 10, 65 South. 515.